| | |
|---|---|
| ROUTH CRABTREE OLSEN, P.S.<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Karen A. Overstreet<br>Chapter 7<br>Hearing Location: Seattle<br>Hearing Date: March 5, 2010<br>Hearing Time: 9:30 am<br>Response Date: February 26, 2010 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Lloyd A Ball<br>LaShanda E Ball<br><br>                          Debtors. | No.: 10-10087-KAO<br><br>ORDER GRANTING RELIEF FROM STAY<br>To Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-1 Mortgage-Backed Pass-Through Certificates, Series 2007-1 through its servicing agent American Home Mortgage Servicing, Inc. |

This matter came before the Court upon Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-1 Mortgage-Backed Pass-Through Certificates, Series 2007-1 through its servicing agent American Home Mortgage Servicing, Inc.'s motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-1 Mortgage-Backed Pass-Through Certificates, Series 2007-1 through its servicing agent American Home Mortgage Servicing, Inc.'s motion and further as to the property located at 10434 19th Avenue South, Seattle, Washington 98168 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 10-10087-KAO    Doc 31    Filed 03/04/10    Ent. 03/04/10 12:38:43    Pg. 1 of 2
Case 10-10087-KAO    Doc 30    Filed 03/03/10    Entered 03/03/10 09:53:16    Page 1 of 2

1 Mortgage-Backed Pass-Through Certificates, Series 2007-1 through its servicing agent American Home Mortgage Servicing, Inc., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-1 Mortgage-Backed Pass-Through Certificates, Series 2007-1 through its servicing agent American Home Mortgage Servicing, Inc.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 40644
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131