| | |
|---|---|
| DAVID E. McALLISTER (WA SBN 37755)<br>MELODIE WHITSON (WA SBN 42100)<br>JESSE A. P. BAKER (WA SBN 36077)<br>PITE DUNCAN, LLP<br>14510 NE 20th Street, #203<br>Bellevue, WA 98007<br>Telephone: (425) 644-6471 | Honorable Karen A. Overstreet<br>CHAPTER: 7<br>HEARING DATE: March 19, 2010<br>HEARING TIME: 9:30am<br>RESPONSE DATE: March 12, 2010 |

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| In re<br><br>LLOYD A BALL AND LASHANDA E BALL,<br><br>Debtor(s). | No. 10-10087-KAO<br><br>ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

This matter, having come before the court on the Motion for Relief From Automatic Stay filed by Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR-4 ("Movant"), and the court having reviewed all documents filed in support of and in opposition to said motion, and having heard any argument of counsel, and having reviewed the records and files herein, and otherwise being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED:

1. That the automatic stay of 11 United States Code section 362 is terminated as it applies to the enforcement by Movant of all of its rights in the Real Property commonly known as 402 Grandey Way Northeast, Renton, Washington 98056, and legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF,

under the Note and Deed of Trust;

2. That Movant is granted leave to foreclose on the Real Property and to enforce the security interest under the Note and Deed of Trust, including any action necessary to obtain

ORDER GRANTING RELIEF FROM AUTOMATIC STAY  -1-

possession of the Property;

3. That the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Dated: _____

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented By:

PITE DUNCAN, LLP

/s/ Jesse A. P. Baker
Jesse A. P. Baker WSBA# 36077
Attorneys for Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR-4

ORDER GRANTING RELIEF FROM AUTOMATIC STAY    -2-